FILED
CLERK, U.S. DISTRICT COURT

**OCT 27 2017**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___**RS**___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Releana, LLC | **CASE NUMBER** |
| | 8:17-mc-00024-UA |
| PLAINTIFF(S) | |
| v. | **NOTICE OF DEFICIENCY RE:** |
| Deirdre Sue Stephens et al | **WRIT OF EXECUTION AND** |
| | **ABSTRACT OF JUDGMENT** |
| DEFENDANT(S) | |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☒ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☒ Other:
NO "X" placed in the box that read: Please indicate one.
"No stay of enforcement ordered by Court"    or
"Stay of enforcement ordered by Court, stay date ends"

Clerk, U. S. District Court

| October 27, 2017 | By  R. Smith |
|---|---|
| Date | Deputy Clerk |

COURTESY COPY
FOR:   _COOK_

*WHEN RECORDED MAIL TO:*
Richard Evanns Esq SBN: 277442
Evanns Collection Law Firm
3731 Wilshire Blvd, Suite 514
Los Angeles,CA 90010

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Releana LLC <br><br> PLAINTIFF(S), <br><br> v. <br><br> Diedre Sue Stephens; Sarah Tuntland Alberg Yorkshire Enterprise LP; Yorkshire Meadows LLC et al <br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 8-17 -mc- 0024 <br><br> **ABSTRACT OF JUDGMENT/ORDER** <br><br> #4 |

I certify that in the above-entitled action and Court, Judgment/Order was entered on __10/13/17__

in favor of __Releana LLC__

whose address is __169 Towne Center Pkwy, Hoschton GA__

and against __Dierdre S Stephens Revocable Trust__

whose last known address is __2504 S Laurelwood #136 Santa Ana, CA 92704__

for $ __397,595.70__  Principal,  $ __0.00__  Interest,  $ __0.00__  Costs,

and $ __120,000.00__  Attorney Fees.

ATTESTED this _____ day of _____, 20 ___ .

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.

Judgment debtor's Social Security number; ____5259____ (last 4 digits) ☐ Unknown.

☐ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

__Robert Ward GA Bar No. 775401__

__3455 Peachtree Road Northeast, 5th Fl__

__Atlanta,GA 30326__

CLERK, U.S. DISTRICT COURT

By _____

Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*